# UNITED STATES DISTRICT COURT

## District of Kansas

(Kansas City Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                                    **CASE NO.** 21-20066-JAR-TJJ

**ALBERT D. TAYLOR JR.,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### FELON IN POSSESSION OF A FIREARM
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about November 15, 2020, in the District of Kansas, the defendant,

**ALBERT D. TAYLOR JR.,**

knowing he had previously been convicted of crimes punishable by imprisonment for a

term exceeding one year (specifically, in 2019 of Criminal Possession of a Firearm by a

Convicted Felon in Douglas County, Kansas District Court case number 2018CR239; and

in 2015 of Battery on a Law Enforcement Officer in Johnson County, Kansas District

Court case number 15CR179), knowingly possessed a firearm (identified as a Glock, model 19, 9mm pistol, with serial number BPKT230), and this firearm was possessed in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1.      The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant,

**ALBERT D. TAYLOR JR.,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

A.      a Glock, model 19, 9mm pistol, with serial number BPKT230, seized by the Lawrence, Kansas Police Department on November 15, 2020; and

B.      9-millimeter ammunition, seized by the Lawrence, Kansas Police Department on November 15, 2020.

A TRUE BILL.


December 15, 2021                    /s/Foreperson
DATE                                 FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ David P. Zabel
David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6708
Fax: (913) 551-6541
Email: david.zabel@usdoj.gov
Ks. S. Ct. No. 17887

| |
|---|
| IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS |

## <u>PENALTIES</u>

**Count 1: 18 U.S.C. §§ 922(g)(1) & 924(a)(2)**
**Felon in Possession of a Firearm**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.