

# In the United States District Court
# for the District of Kansas

**United States of America,**
    *Plaintiff,*

v.

**Albert D. Taylor, Jr.**  ,
    *Defendant.*

Case No. 21-20066-JAR-TJJ

## Consent to Appear by Video Teleconference or Telephone Conference

I, _____Albert D. Taylor, Jr._____, understand that under Federal Rule of Criminal Procedure 43 and the United States Constitution I have a right to be present in open court for the below-listed proceedings in my criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below-listed, marked proceedings:

| | |
|---|---|
| ✓ initial appearance | ___ Rule 40 appearance |
| ✓ arraignment | ___ misdemeanor plea & sentencing |
| ✓ detention hearing | ___ felony plea |
| ___ preliminary hearing | ___ felony sentencing |
| ___ waiver of indictment | ___ probation/supervised release revocation proceedings (including pretrial release) |

☑ Pursuant to Administrative Order 2020-9, defense counsel of record has signed electronically on the defendant's behalf. Counsel states the following:

(1) The defendant has had the opportunity to consult with counsel;
(2) The defendant agrees to the waiver or consent; and
(3) The defendant agrees that counsel may sign the waiver or consent on the defendant's behalf.

s/ Albert D. Taylor, Jr.  
Defendant

s/ Mitch E. Biebighauser  
Defense Counsel

February 28, 2022  
Date

☐ Client is Spanish speaking; therefore, a Spanish interpreter was used.