# In the United States District Court for the District of Kansas

**United States of America**,
    Plaintiff,

v.               Case No. 21-20066-JAR

**Albert D. Taylor, Jr.,**
    Defendant.

## Withdrawal of Counsel and Entry of Appearance of Substitute Counsel

Pursuant to Fed. R. Civ. P. 5(b) and Rule 83.5.5(c) of the Rules of Practice and Procedure for the United States District Court for the District of Kansas, Chekasha Ramsey, Assistant Federal Public Defender for the District of Kansas, hereby enters her appearance on behalf of Albert D. Taylor, Jr. in the above-captioned matter.

Counsel would further request that Tim Burdick's and Mitch Biebighauser's names be removed as counsel of record on this case and also removed from the electronic notification list.

Respectfully submitted,

s/ Chekasha Ramsey
Chekasha Ramsey, #78476
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org


s/ Tim Burdick
Tim Burdick, #78152
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
E-mail: Tim_Burdick@fd.org

s/ Mitch Biebighauser
Mitch Biebighauser, #
Assistant Federal Public Defender
850 Epic Center
301 North Main Street
Wichita, Kansas  67202
Telephone: (316) 269-6170
Fax: (316) 269-6175
E-mail: Mitch_Biebighauser@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will a notice of electronic filing to the following:

David Zabel
Assistant United States Attorney
david.zabel@usdoj.gov

s/ Chekasha Ramsey
Chekasha Ramsey
