### CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### PRETRIAL PROCEEDINGS

UNITED STATES OF AMERICA,                                    David Zabel, AUSA

        Plaintiff,

v.                                                           Case No: 21-cr-20066-JAR-TJJ

ALBERT D. TAYLOR,                                            Che Ramsey, AFPD

        Defendant.

| JUDGE: | Judge James | DATE: | 3/9/2022 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |
| TIME IN COURT: | 1 hour, 16 minutes | START TIME: | 2:40 PM |

### PROCEEDINGS

☒ **Detention Hearing**          ☐ Preliminary Hearing

☐ Pretrial Release Revocation Hearing (for Clerk's office docketing purposes – Bond Revocation).

☐ Bail Revoked

☐ Release Order executed

☐ Continued on Release

☒ **Remanded to Custody pending trial**

☒ **Status Conference set for April 18, 2022 at 9:00 a.m. by telephone before Judge Robinson.**

☒ **OTHER:   The Court finds defendant to be a danger to the community for reasons stated on the record. Order of Detention to follow. All exhibits withdrawn and given back to counsel.**

WITNESS LIST:

| Witness | On Behalf of | Time |
|---|---|---|
| Ryan Padilla | Government | |