**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

| UNITED STATES OF AMERICA, | AUSA: David Zabel |
|---|---|
| Plaintiff | |
| v. | CASE NO: 21-20066-01-JAR |
| ALBERT D. TAYLOR, JR., | Def Atty: Che Ramsey |
| Defendant | |

| JUDGE: | Julie A. Robinson | DATE: | 5/23/2022 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Dani Murray |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE
*(Parties appear by telephone pursuant to Administrative Order 2022-01)*

This case comes before the Court for a telephone status conference. The government appears by its attorney, David Zabel.  The defendant appears by his counsel, Che Ramsey, and consents to having this status conference by telephone.

Discovery is complete.  Counsel requests additional time to continue reviewing discovery and engage in discussions with the government.  The Court continues the status conference to **July 5, 2022, at 9:00 a.m. via telephone.**

Based on the circumstances set forth by the parties at the hearing today, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendants in a speedy trial and that the continuance shall be granted. The period of delay resulting from the additional time granted pursuant to the court's order, **May 23, 2022, through July 5, 2022**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.