# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                      Case No. 21-20066-JAR

**Albert Taylor**,
        Defendant.

## Order of Continuance

The above matter comes before the Court on Defendant's Motion for Continuance [Doc. 17] of the Status Conference scheduled for July 5, 2022, for 45 days. The government does not object to the defendant's request.

Having reviewed the motion, and being familiar with the case history, this Court finds that the motion should be granted.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendant's Unopposed Motion for Continuance (Doc. 17) is **granted**. The status conference is continued to **August 30, 2022, at 9:00 a.m.** Pursuant to Administrative Order 2022-2, this hearing will be conducted via telephone.

**IT IS FURTHER ORDERED** that the period of delay resulting from such continuance, **July 5, 2022**, continuing through **August 30, 2022**, shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.**

Dated: <u>June 29, 2022</u>

<u> S/ Julie A. Robinson</u>
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE